# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

HARVEY JOHNSON,

    Petitioner,

v.

BETTY JOHNSON, DAN DILLION,
CHUCK HOLZNECHT and any
affiliated officials at Rock County courthouse,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-316-slc**

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    This case is dismissed against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ M. Hardin                    _____6/19/08_____
**by Deputy Clerk**                                     Date